# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Meopta U.S.A., Inc. ) ASBCA No. 61440
)
Under Contract No. W56HZV-15-C-0082 )

APPEARANCE FOR THE APPELLANT: Erin L. Toomey, Esq.
Foley & Lardner LLP
Detroit, MI

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Adam Kama, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 1, 2019

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61440, Appeal of Meopta U.S.A., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals